

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2022

No. 04-22-00581-CV

**IN THE INTEREST OF E.E.M. AND E.K.M.G.**, Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-EM5-00713
Honorable Martha Tanner, Judge Presiding

# O R D E R

In this suit affecting the parent-child relationship, Dad alleged Mom was committing family violence. He moved to modify a prior order: he asked, inter alia, to be named sole managing conservator of the children. The trial court held a hearing on June 29, 2022. It signed modified temporary orders on July 19, 2022.

On September 7, 2022, Mom filed a notice of appeal. In it, she challenges the July 19, 2022 order, and she states the following: "The only remedy possible for this action would be a writ of mandamus."

"Temporary orders, entered while a motion to modify in a suit affecting the parent-child relationship is pending, are interlocutory and there is no statutory provision for appeal of these orders." *In re Walser*, 648 S.W.3d 442, 445 (Tex. App.—San Antonio 2021, orig. proceeding); *see In re Cooper*, 333 S.W.3d 656, 659 (Tex. App.—Dallas 2009, orig. proceeding).

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. If Appellant does not timely provide written proof as ordered, this appeal will be dismissed without further notice. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2022.



MICHAEL A. CRUZ, Clerk of Court